UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HERIBERTO ROMERO,** | ) Case No. CV 13-3723-SVW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **RON E. BARNES, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 2, 2015

_____
Stephen V. Wilson
United States District Judge